**BRETT L. DICKERSON, SBN 184884**
**NINI T. LEE, SBN 199109**
**KERIC J. CUSHING, SBN 132356**
**GIANELLI & ASSOCIATES**
A Professional Law Corporation
1014 - 16th Street
P. O. Box 3212
Modesto, CA 95353
(209) 521-6260

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KAREN SCHELLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN MEDICAL RESPONSE, INC., a foreign corporation, CINDY WOOLSTON, an individual and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 1:08-CV-00798-OWW-DLB<br><br>**STIPULATION AND ORDER CONTINUING EXPERT WITNESS DISCLOSURE AND EXPERT WITNESS REBUTTAL OR SUPPLEMENT EXPERT DISCLOSURES** |

Due to the to need on the part of the Parties to complete additional discovery so as to insure the retention of appropriate expert witnesses and allow adequate time for the preparation of necessary reports for filing with the Court,:

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, that the disclosure of expert witnesses and rebuttal or supplement of expert disclosures be continued for 45 days, as follows:

/ / /

/ / /

/ / /

/ / /

{00002940.DOC; 1}

- 1 -

Gianelli & Associates
A Professional Law Corporation
1014 16th Street/ P.O. Box 3212
Modesto, CA 95353
Telephone: (209) 521-6260

| Present Schedule | Continued Schedule | |
|---|---|---|
| May 1, 2009 | June 15, 2009 | Expert Witness Disclosure |
| June 2, 2009 | July 17, 2009 | Expert witness rebuttal or supplemental disclosures |

The other deadlines set forth in the Scheduling Conference Order dated September 26, 2008, shall remain in place.

Dated: April _____, 2009

GIANELLI & ASSOCIATES,
A Professional Law Corporation

By: _____
    BRETT L. DICKERSON
    Attorneys for Plaintiff Karen Scheller

Dated: April _____, 2009    FISHER & PHILLIPS LLP

By: _____
    JENNIFER ACHTERT
    Attorneys for defendant American Medical
    Response and . Cindy Woolston

## **ORDER**

    Based on the stipulation of the parties, it is hereby ORDERED that:

    The scheduled dates regarding the disclosure, rebuttal and supplemental disclosure of Expert Witnesses are continued as follows:

1.    Expert Witness Disclosure    June 15, 2009

2.    Expert Witness Rebuttal or
    Supplemental Disclosures    July 17, 2009

///

PDF created with pdfFactory trial version www.pdffactory.com

1 | The other deadlines set forth in the Scheduling Conference Order dated September 26, 2008,
2 | shall remain in place.

Dated: April 7, 2009  /s/ OLIVER W. WANGER
JUDGE OF THE UNITED STATES DISTRICT
COURT, EASTERN DISTRICT OF CALIFORNIA

Gianelli & Associates
A Professional Law Corporation
1014 16th Street/ P.O. Box 3212
Modesto, CA 95353
Telephone: (209) 521-6260

{00002940.DOC; 1}

- 3 -

STIPULATION AND ORDER REGARDING EXPERT WITNESS DISCLOSURE, CASE NO. 1:08-CV-00798-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com