**BRETT L. DICKERSON, SBN 184884**
**NINI T. LEE, SBN 199109**
**KERIC J. CUSHING, SBN 132356**
**GIANELLI & ASSOCIATES**
A Professional Law Corporation
1014 - 16th Street
P. O. Box 3212
Modesto, CA 95353
(209) 521-6260

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KAREN SCHELLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN MEDICAL RESPONSE, INC., a foreign corporation, CINDY WOOLSTON, an individual and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No.  1:08-CV-00798-OWW-DLB<br><br>**SUPPLEMENTAL STIPULATION AND ORDER CONTINUING EXPERT WITNESS DISCLOSURE AND EXPERT WITNESS REBUTTAL OR SUPPLEMENT EXPERT DISCLOSURES** |

   In order to facilitate the full and comprehensive disclosure of Expert Witnesses and exchange of the reports of those witnesses:

   IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, that the disclosure of expert witnesses and rebuttal or supplement of expert disclosures be continued for one (1) week, as follows:

/ / /

/ / /

/ / /

/ / /

{00002940.DOC; 1}

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

| Present Schedule | Continued Schedule | |
|---|---|---|
| June 15, 2009 | June 22, 2009 | Expert Witness Disclosure |
| July 17, 2009 | July 24, 2009 | Expert witness rebuttal or supplemental disclosures |

Dated: June __8___, 2009

                GIANELLI & ASSOCIATES,
                A Professional Law Corporation


                By: ___/s/ Brett L. Dickerson_____
                      BRETT L. DICKERSON
                    Attorneys for Plaintiff Karen Scheller


                FISHER & PHILLIPS LLP



                By: ____/s/ Jennifer Achtert_____
                      JENNIFER ACHTERT
                  Attorneys for defendant American Medical
                  Response and . Cindy Woolston

## **ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that:

The scheduled dates regarding the disclosure, rebuttal and supplemental disclosure of Expert Witnesses are continued as follows:

1.     Expert Witness Disclosure                June 22, 2009

2.     Expert Witness Rebuttal or
      Supplemental Disclosures                July 24, 2009


Dated: _June 9, 2009___           _/s/  OLIVER W. WANGER_____
                                          JUDGE OF THE UNITED STATES DISTRICT
                                          COURT, EASTERN DISTRICT OF CALIFORNIA

{00002940.DOC; 1}

SUPPLEMENTAL STIPULATION AND ORDER REGARDING: EXPERT WITNESS DISCLOSURE, CASE NO. 1:08-CV-00798-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

Gianelli & Associates
A Professional Law Corporation
1014 16th Street/ P.O. Box 3212
Modesto, CA 95353
Telephone: (209) 521-6260