1 Timothy J. Murphy (State Bar No. 54200)
2 Jennifer K. Achtert (State Bar No. 197263)
FISHER & PHILLIPS LLP
3 One Embarcadero Center, Suite 2340
San Francisco, CA  94111-3712
4 Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

5 Attorneys for Defendants
AMERICAN MEDICAL RESPONSE, INC.
6 and CINDY WOOLSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| KAREN SCHELLER,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL RESPONSE, INC.,<br>a foreign corporation, CINDY WOOLSTON,<br>et al.,<br>            Defendants. | Case No.: 1:08-CV-00798-OWW-DLB<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT CINDY WOOLSTON**<br><br>Complaint Filed: February 20, 2008<br>Trial Date: January 10, 2010 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL    1
SanFrancisco 108893.1

1  In lieu of filing a motion for dismissal, IT IS HEREBY STIPULATED by and between
2 the parties to this action, through their respective counsel, that, in lieu of a noticed motion, the
3 above-captioned action should be dismissed without prejudice AS TO DEFENDANT CINDY
4 WOOLSTON ONLY pursuant to F.R.C.P. 41(b), with each party to bear its own fees and costs.

DATED:   June ___, 2009                    GIANELLI & ASSOCIATES

By: _____
    Brett L. Dickerson
    Attorneys for Plaintiff
    KAREN SCHELLER

DATED:   June ___, 2009                    FISHER & PHILLIPS LLP

By: _____
    Jennifer K. Achtert
    Attorneys for Defendants
    AMERICAN MEDICAL RESPONSE, INC.
    and CINDY WOOLSTON

**IT IS SO ORDERED.**

Dated: June 26, 2009                       /s/ OLIVER W. WANGER
                                          HON. OLIVER W. WANGER
                                          Judge of the United States District Court
                                          Eastern District of California