FILED

SEP 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Scott M. Mahoney (State Bar No. 122254)
Jennifer K. Achtert (State Bar No. 197263)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA  94111-3712
Telephone:  (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
AMERICAN MEDICAL RESPONSE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KAREN SCHELLER,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMERICAN MEDICAL RESPONSE, INC., a<br>foreign corporation, CINDY WOOLSTON,<br>et al.,<br><br>                    Defendants. | Case No.: 1:08-CV-00798 OWW DLB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUANCE OF<br>DISPOSITIVE MOTION FILING<br>DEADLINE AND HEARING DATE, AND<br>CONTINUANCE OF THE PRE-TRIAL<br>CONFERENCE**<br><br>Complaint Filed: February 20, 2008<br>Trial Date: January 20, 2010 |

Due to the continuance of the Mandatory Settlement Conference in this case, the desire of the Parties to avoid needless expenditure of time and resources by the Court and the Parties, and in the interests of efficiency, the Parties, by and through their counsel, hereby stipulate to a twenty-one (21) day extension of the dispositive motion filing deadline and hearing date, and a seven (7) day continuance of the pre-trial conference, as set forth below.

In particular, the Parties agree that a continuance of the deadline for filing dispositive motions is necessary and appropriate due to the recent continuance of the Mandatory Settlement Conference in this matter.  The Court's Scheduling Conference Order, entered on September 26, 2008, set a Mandatory Scheduling Conference for September 9, 2009, a dispositive motion

1   filing deadline for September 30, 2009, a dispositive motion hearing date of November 2, 2009,
2   and a pre-trial conference date of December 7, 2009.

3       The Mandatory Settlement Conference was recently continued, at the request of the
4   Court, until September 30, 2009, three weeks after the date initially set. Both Plaintiff and
5   Defendant anticipate filing motions for summary judgment or, in the alternative, partial
6   summary judgment, and believe that it would be more efficient – both for them and for the
7   Court – if those motions were due a reasonable length of time after the Mandatory Settlement
8   Conference. The Parties believe that it would be appropriate to permit them to engage in Court-
9   moderated settlement discussions before the Parties need to file dispositive motions. Further,
10  the Parties' expenditure of the time, energy, and expense necessary to prepare and file motions
11  for summary judgment might make settlement less likely, rather than more likely. Because the
12  Mandatory Settlement Conference was continued by three weeks, the Parties request that the
13  dispositive motion filing deadline and hearing date likewise be continued by three weeks.

14      In addition, in the interest of efficiency, the Parties request that the Pre-Trial Conference
15  be continued by one week, to provide the Parties with additional time to prepare and consult
16  about the Joint Pre-Trial Statement after the hearing on the motion(s) for summary judgment, or
17  partial summary judgment, should the Mandatory Settlement Conference not result in a
18  settlement. The brief continuance would also resolve a scheduling conflict for lead Plaintiff's
19  counsel Brett Dickerson. In the event that the Court feels that it is inappropriate to continue the
20  pre-trial conference, the Parties agree that the dispositive motion filing deadline and hearing
21  date should still be continued, for the reasons outlined above.

22      IT IS HEREBY AGREED AND STIPULATED by and between the Parties, through
23  their respective counsel, that the relevant deadlines be continued as follows:
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

| Event | Present Schedule | Continued Schedule |
|---|---|---|
| Dispositive motion filing deadline | September 30, 2009 | October 21, 2009 |
| Dispositive motion hearing date | November 2, 2009 | November 23, 2009 |
| Pre-trial conference | December 7, 2009 | December 14, 2009 |

The deadline for submission of the Joint Pre-Trial Statement shall be calculated from the continued date.

The other deadlines set forth in the Scheduling Conference Order filed September 26, 2008, shall remain in place.

IT IS SO STIPULATED:

Dated:  September 2, 2009                           GIANELLI & ASSOCIATES

By:  /s/ Brett L. Dickerson
BRETT L. DICKERSON
Attorneys for Plaintiff KAREN SCHELLER

Dated:  September 2, 2009                           FISHER & PHILLIPS LLP

By:  /s/ Jennifer K. Achtert
JENNIFER ACHTERT
Attorneys for Defendant AMERICAN MEDICAL
RESPONSE, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEADLINES                           3
SanFrancisco 109641.1

1

**ORDER**

2      Based on the stipulation of the parties and in the interests of efficiency, it is hereby

3   ORDERED that the scheduled dates are continued as follows:

4

5   | Event | Present Schedule | Continued Schedule |
    |-------|------------------|--------------------|
6   | Dispositive motion filing deadline | September 30, 2009 | October 21, 2009 |
7   | Dispositive motion  hearing date | November 2, 2009 | November 23, 2009 |
8   | Pre-trial conference | December 7, 2009 | December 14, 2009 |

9

10      The deadline for submission of the Joint Pre-Trial Statement shall be calculated from

11   the continued date.

12      The other deadlines set forth in the Scheduling Conference Order filed September 26,

13   2008, shall remain in place.

14

15   Dated:  9-14-09

16                                      Hon. Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEADLINES                    4
SanFrancisco 109641.1