1 **BRETT L. DICKERSON, SBN 184884**
**GIANELLI & ASSOCIATES**
2 A Professional Law Corporation
1014 - 16th Street
3 P. O. Box 3212
Modesto, CA 95353
4 (209) 521-6260

5

6 Attorneys for Plaintiff

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9 FRESNO DIVISION

10 KAREN SCHELLER,     Case No. 1:08-CV-00798-OWW-DLB

11         Plaintiff,     **STIPULATION AND ORDER FOR**
**CONTINUANCE OF TRIAL DATE AND**
12                                                                                            **CORRESPONDING DEADLINES FOR**
vs.     **MOTIONS IN LIMINE, TRIAL BRIEFS**
13     **AND OTHER RELATED PRE-TRIAL**
14 AMERICAN MEDICAL RESPONSE, INC., a     **ACTIVITIES.**
foreign corporation, CINDY WOOLSTON, an
15 individual and DOES 1-25, inclusive,

16         Defendants.

17

18        On February 8, 2011 at 3:00 p.m., a Pre-Trial Conferences was held in the above

19 captioned matter. A new trial date of March 29, 2011 was set with corresponding motion,

20 briefing and other deadlines established based upon the March 29 trial date. However, because of

21 the potential for scheduling conflicts, a back-up trial date of July 12, 2011 was also reserved on

22 the Court's calendar.

23        On February 9, 2011, at approximately 8:30 a.m., counsel for plaintiff Karen Scheller

24 learned that both of the expert witnesses retained by plaintiff in this matter were unavailable for

25 the March 29 trial date. Because of their unavailability, the Parties, by and through their counsel,

26 hereby stipulate and agree to having the trial date continued to July 12, 2011, the back-up date

27 established during the Pre-Trial Conference. Additionally, the Parties further agree that the

28

{00002940.DOC; 1}
- 1 -

STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL, CASE NO. 1:08-CV-00798-OWW-DLB
SanFrancisco 115401.1

1  deadlines and time frames set for the March 29 date shall be used in accordance with the new
2  trial date of July 12, 2011.
3     IT IS HEREBY AGREED AND STIPULATED by and between the Parties, through
4  their respective counsel, that the relevant deadlines be continued as follows:

| Event | Present Schedule | Continued Schedule |
|---|---|---|
| Exhibit Marking Conference Deadline | March 1, 2011 | June 14, 2011 |
| Motions in Limine Due | March 1, 2011 | June 14, 2011 |
| Oppositions to Motions in Limine Due | March 15, 2011 | June 28, 2011 |
| Hearing date for Motions in Limine | March 18, 2011 | July 1, 2011 |
| Trial Briefs Due | March 24, 2011 | July 7, 2011 |
| Jury Instructions and Verdict Form Due | March 28, 2011 | July 11, 2011 |
| Jury Trial | March 29, 2011 | July 12, 2011 |

13  IT IS SO STIPULATED:

14  Dated:  February 17, 2011          GIANELLI & ASSOCIATES

18                                                          By: __/S/_____
                                                            BRETT L. DICKERSON
19                                                          Attorneys for Plaintiff KAREN SCHELLER

20
21  Dated:  February 17, 2011          FISHER & PHILLIPS LLP

23                                                          By: _/S/_____
                                                            JENNIFER ACHTERT
24                                                          Attorneys for Defendant AMERICAN MEDICAL
                                                            RESPONSE, INC.
25  / / /
26  / / /
27  / / /
28

GIANELLI & ASSOCIATES
A Professional Law Corporation
1014 16th Street/ P.O. Box 3212
Modesto, CA 95353
Telephone: (209) 521-6260

{00002940.DOC; 1}

- 2 -

STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL,  CASE NO. 1:08-CV-00798-OWW-DLB
SanFrancisco 115401.1

**ORDER**

Based upon the stipulation of the Parties it is hereby ORDERED that the scheduled dates are continued as follows:

| Event | Present Schedule | Continued Schedule |
|---|---|---|
| Exhibit Marking Conference Deadline | March 1, 2011 | June 14, 2011 |
| Motions in Limine Due | March 1, 2011 | June 14, 2011 |
| Oppositions to Motions in Limine Due | March 15, 2011 | June 28, 2011 |
| Hearing date for Motions in Limine | March 18, 2011 | July 1, 2011 |
| Trial Briefs Due | March 24, 2011 | July 7, 2011 |
| Jury Instructions and Verdict Form Due | March 28, 2011 | July 11, 2011 |
| Jury Trial | March 29, 2011 | July 12, 2011 |

IT IS SO ORDERED.

Dated:   **February 17, 2011**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

**GIANELLI & ASSOCIATES**
A Professional Law Corporation
1014 16th Street/ P.O. Box 3212
Modesto, CA 95353
Telephone: (209) 521-6260

{00002940.DOC; 1}

- 3 -

STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL,  CASE NO. 1:08-CV-00798-OWW-DLB
SanFrancisco 115401.1