1  Scott M. Mahoney (State Bar No. 122254)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA  94111-3712
   Telephone:  (415) 490-9000
4  Facsimile:   (415) 490-9001

5  Attorneys for Defendant
   AMERICAN MEDICAL RESPONSE, INC.

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        FRESNO DIVISION

12  KAREN SCHELLER,                    | Case No.:  1:08-CV-00798-OWW-DLB

13              Plaintiff,             | **STIPULATION AND ORDER**
                                       | **PERMITTING PARTIES TO PRESENT**
14        v.                           | **TESTIMONY BY VIDEO**
                                       | **TRANSMISSION**
15  AMERICAN MEDICAL RESPONSE, INC., a
    foreign corporation, CINDY WOOLSTON, an
16  individual, and DOES 1-25, inclusive,

17              Defendants.            | Complaint Filed:  February 20, 2008
                                       | Trial Date:  July 12, 2011
18

19

20        Defendant American Medical Response, Inc. ("AMR") and Plaintiff Karen Scheller

21  ("Scheller"), by and through their counsel, hereby move the Court pursuant to Federal Rules

22  of Civil Procedure 43(a) for an order allowing the parties, if they desire, to take the testimony

23  of Marvin H. Lipton, M.D., Michael Purnell, M.D., Ronald T. Whitmore, M.D., and/or Debra

24  Wilson, RNC, FNP, by contemporaneous video transmission from a different location.

25        This motion is based upon the records, pleadings, and papers on file herein, together

26  with the points and authorities set forth below.

27  / / /

28  / / /

---

STIP. AND ORDER PERMITTING TESTIMONY BY VIDEO          08-CV-00798 OWW DLB   1

116669.1

1    **I.       LEGAL AUTHORITIES**

2         Scheller's lawsuit consists of a three related claims in a single cause of action.  She

3    alleges discrimination based on disability, failure to accommodate a disability, and failure to

4    engage in the interactive process.  Scheller was injured at work on January 20, 2005.

5    Following her injury, she obtained treatment from a number of medical providers, and

6    underwent an Independent Medical Examination in connection with her workers'

7    compensation claim.

8         Scheller obtained treatment from Michael Purnell, M.D. (an orthopedic surgeon, based

9    in Modesto), Ronald T. Whitmore, M.D. (occupational medicine, based in Sacramento), and

10   Debra Wilson, RNC, FNP (registered nurse, certified, and family nurse practitioner, based in

11   Modesto).  She was examined by Marvin H. Lipton (an orthopedic surgeon, based in

12   Burlingame), who was acting as an Agreed Medical Examiner.  Because these witnesses live

13   and work approximately some distance from the Courthouse (ranging from approximately

14   100 miles to approximately 184 miles), the parties seek the Court's permission to present the

15   testimony of these witnesses by contemporaneous video transmission from the cities where

16   they are located.  These witnesses were not deposed during discovery.

17        Federal Rules of Civil Procedure 43(a) provides:  "For good cause in compelling

18   circumstances and with appropriate safeguards, the court may permit testimony in open court

19   by contemporaneous transmission from a different location."  While the Advisory Committee

20   Notes to the 1996 amendments to the rule which adopted this change may suggest that the

21   party seeking to present testimony in this manner has a high burden, subsequent Ninth Circuit

22   and other case law show that the burden is satisfied in this instance.  See, e.g., *Beltran-Tirado*

23   *v. Immigration and Naturalization Service* (9th Cir. 2000) 213 F.3d 1179, 1185-86 (permitting

24   the use of telephonic testimony where witness not present in the jurisdiction and witness was

25   subject to cross-examination); *Alderman v. Securities and Exchange Commission* (9th Cir.

26   1997) 104 F.3d 285, 288 n4 ("Nor do we agree with [plaintiff's] suggestion that the [Conduct

27   Committee's] credibility findings are undermined because O'Hanley testified at the hearing

28   by telephone"); *Official Airline Guides, Inc. v. Churchfield Publications, Inc.* (D.Or. 1990)

---

118669.1

1   756 F.Supp. 1393, 1398 n2 (relying on telephonic testimony and noting that the Court had

2   "greater opportunity to evaluate the credibility of the witnesses through telephone testimony

3   than through deposition testimony), aff'd, (9th Cir. 1993) 6 F.3d 1385; see also *Federal Trade*

4   *Commission v. Swedish Match North America, Inc.*, (D. D.C. 2000) 197 F.R.D. 1, 2 ("More

5   importantly, however, the use of live video transmission will not prejudice the defendants

6   because adequate safeguards exist to protect the procedure.")

7        Cross-examination will be available in this case, and the Court and jury will have the

8   opportunity to evaluate the credibility of the witnesses through video testimony.  On the other

9   hand, there would be considerable expense associated with these witnesses having to travel to

10  Fresno to testify at trial, as well as likely disruption to their lives for a full day or longer for

11  the purpose of presenting two hours or less of testimony.  The possibility of this motion was

12  mentioned at the Pretrial Conference, and mentioned in the Pretrial Order.

13  **II.**    <u>**CONCLUSION**</u>

14       Based on the foregoing, the parties respectfully request the Court enter an order that

15  they may, if they desire, take the testimony of Marvin H. Lipton, M.D., Michael Purnell,

16  M.D., Ronald T. Whitmore, M.D., and/or Debra Wilson, RNC, FNP, by contemporaneous

17  video transmission from a different location.

18

19  DATED:  June 23, 2011          FISHER & PHILLIPS LLP

20

21                    By:  /s/ Jennifer K. Achtert_____
                    Jennifer K. Achtert

22                      Attorneys for Defendant
                    AMERICAN MEDICAL RESPONSE, INC.

23  DATED:  June 23, 2011          GIANELLI & ASSOCIATES LLP

24

25                    By:  /s/ Brett Dickerson, as authorized 6/23/11
                    Brett Dickerson

26                      Attorneys for Plaintiff
                    KAREN SCHELLER

27

28

118669.1

## **ORDER**

Based upon the stipulation of the Parties and good cause having been shown, it is hereby ORDERED that the parties may, if they desire, take the testimony of Marvin H. Lipton, M.D., Michael Purnell, M.D., Ronald T. Whitmore, M.D., and/or Debra Wilson, RNC, FNP, by contemporaneous video transmission from a different location.

IT IS SO ORDERED.

Dated:   **June 27, 2011**                         _____**/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE