1  Scott M. Mahoney (State Bar No. 122254)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA  94111-3712
   Telephone:  (415) 490-9000
4  Facsimile:   (415) 490-9001

5  Attorneys for Defendant
   AMERICAN MEDICAL RESPONSE, INC.
6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  FRESNO DIVISION

11

| | |
|---|---|
| 12  KAREN SCHELLER, | Case No.:  1:08-CV-00798 OWW DLB |
| 13               Plaintiff, | **STIPULATION AND ORDER RE: SETTLEMENT AND DISPOSITION** |
| 14       v. | |
| 15  AMERICAN MEDICAL RESPONSE, INC., a foreign corporation, CINDY WOOLSTON, | |
| 16  et al., | Complaint Filed:  February 20, 2008 |
| 17               Defendants. | |

18

19       Plaintiff Karen Scheller and Defendant American Medical Response, Inc., by and

20  through their attorneys in this regard, upon stipulation hereby request an extension of time of

21  five (5) days to file their Stipulation of Dismissal.  In support of this stipulation, the parties state

22  as follows:

23       1.      On June 30, 2011, Plaintiff submitted a Notice of Settlement in this case,

24  indicating that the parties anticipated filing a Stipulation for Dismissal within twenty-one (21)

25  days, pursuant to Local Rule 160.

26       2.      On June 30, 2011, this Court entered a Minute Order ordering that a Stipulation

27  of Settlement and Proposed Order be filed within twenty-one (21) days.

28  / / /

---
STIPULATION AND  ORDER RE: SETTLEMENT AND DISPOSITION     1
SanFrancisco 117305.1

3. On July 14, 2011, the parties submitted a Stipulation and [Proposed] Order re: Settlement and Disposition requesting an extension of time until August 19, 2011 to submit their Stipulation of Settlement and Proposed Order or other dispositional document.

4. The Court entered an Order providing that extension on July 15, 2011.

5. Despite the parties' diligence, the parties are not yet prepared to file a Stipulation for Dismissal or other dispositional document, but anticipate being able to do so no later than August 24, 2011.

WHEREFORE, Plaintiff Karen Scheller and Defendant American Medical Response, Inc., respectfully submit their stipulation providing the parties with an extension of time until August 24, 2011, to submit their Stipulation of Settlement and Proposed Order or other dispositional document.

IT IS SO STIPULATED:

Dated:  August 18, 2011          GIANELLI & ASSOCIATES

                                 By: /s/ Brett L. Dickerson  (as authorized 8/18/2011)
                                     BRETT L. DICKERSON
                                     Attorneys for Plaintiff KAREN SCHELLER

Dated:  August 18, 2011          FISHER & PHILLIPS LLP

                                 By: /s/ Jennifer K. Achtert
                                     JENNIFER K. ACHTERT
                                     Attorneys for Defendant
                                     AMERICAN MEDICAL RESPONSE, INC.

## ORDER

Based upon the stipulation of the Parties, and good cause having been shown, it is hereby ORDERED that the Parties shall submit a Stipulation of Settlement and Proposed Order or other dispositional document in this case on or before August 24, 2011.

IT IS SO ORDERED.

Dated:  **August 18, 2011**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

---

STIPULATION AND  ORDER RE: SETTLEMENT AND DISPOSITION                       2
SanFrancisco 117305.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

STIPULATION AND ORDER RE: SETTLEMENT AND DISPOSITION         3
SanFrancisco 117305.1