1  Scott M. Mahoney (State Bar No. 122254)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA  94111-3712
   Telephone:  (415) 490-9000
4  Facsimile:   (415) 490-9001

5  Attorneys for Defendant
   AMERICAN MEDICAL RESPONSE, INC.
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        FRESNO DIVISION

11

12 | KAREN SCHELLER,                              | Case No.:  1:08-CV-00798 OWW DLB
13 |              Plaintiff,                      |
                                                  | **JOINT STIPULATION FOR DISMISSAL**
14 |      v.                                      |
15 | AMERICAN MEDICAL RESPONSE, INC., a            |
   | foreign corporation, CINDY WOOLSTON,         | Complaint Filed:  February 20, 2008
16 | et al.,                                      |
17 |              Defendants.                     |

18

19      Plaintiff Karen Scheller and Defendant American Medical Response, Inc., by their

20 respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate

21 and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and

22 with each party to bear its own costs and attorneys' fees.

23

24

25

26

27

28

---
JOINT STIPULATION FOR DISMISSAL                                                            1
SanFrancisco 117290.1

IT IS SO STIPULATED:

Dated:  August 23, 2011            GIANELLI & ASSOCIATES


                                   By: /s/ Brett L. Dickerson (as authorized 8/23/2011)
                                        BRETT L. DICKERSON
                                        Attorneys for Plaintiff KAREN SCHELLER



Dated:  August 23, 2011            FISHER & PHILLIPS LLP


                                   By: /s/ Jennifer K. Achtert_____
                                        JENNIFER K. ACHTERT
                                        Attorneys for Defendant
                                        AMERICAN MEDICAL RESPONSE, INC.

IT IS SO ORDERED.

    Dated:   **August 26, 2011**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

---

JOINT STIPULATION FOR DISMISSAL                                                             2
SanFrancisco 117290.1