1  Scott M. Mahoney (State Bar No. 122254)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA  94111-3712
   Telephone:  (415) 490-9000
4  Facsimile:   (415) 490-9001

5  Attorneys for Defendant
   AMERICAN MEDICAL RESPONSE, INC.
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        FRESNO DIVISION

11

12 | KAREN SCHELLER, | Case No.:  1:08-CV-00798 OWW DLB |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| AMERICAN MEDICAL RESPONSE, INC., a foreign corporation, CINDY WOOLSTON, et al., | Complaint Filed:  February 20, 2008 |
| Defendants. | |

      Plaintiff Karen Scheller and Defendant American Medical Response, Inc., by their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

---

JOINT STIPULATION FOR DISMISSAL                                                                                 1
SanFrancisco 117290.1

IT IS SO STIPULATED:

Dated:  August 23, 2011          GIANELLI & ASSOCIATES


                                 By: /s/ Brett L. Dickerson (as authorized 8/23/2011)
                                     BRETT L. DICKERSON
                                     Attorneys for Plaintiff KAREN SCHELLER



Dated:  August 23, 2011          FISHER & PHILLIPS LLP


                                 By: /s/ Jennifer K. Achtert
                                     JENNIFER K. ACHTERT
                                     Attorneys for Defendant
                                     AMERICAN MEDICAL RESPONSE, INC.

IT IS SO ORDERED.

   Dated:  **August 26, 2011**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE